UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| STONE & WEBSTER, INCORPORATED ) <br> et al., ) | Case No. 00-02142-PJW |
| ) | |
| Debtors ) | Jointly Administered |
| ) | |

| | |
|---|---|
| STONE & WEBSTER, INCORPORATED, ) <br> and STONE & WEBSTER ENGINEERING ) <br> CORPORATION, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| -against- ) | Adversary Proceeding |
| ) | No.: 02-03963-PJW |
| SAUDI ARABIAN OIL COMPANY ) | |
| ) | |
| Defendant ) | |
| ) | |
| SAUDI AMERICAN BANK ) | |
| ) | |
| Appellant/ Movant for Intervention ) | |

## NOTICE OF APPEAL

Saudi American Bank, the movant for intervention appeals under 28 U.S.C. § 158(a) or

(b) from the judgment, order, or decree of the bankruptcy judge denying Saudi American Bank's

Motion to Intervene entered in this adversary proceeding on the 1st day of May, 2006.

The names of all parties to the judgment, order, or decree appealed from and the names,

addresses, and telephone numbers of their respective attorneys are as follows:

BOS-966952 v1

<u>Saudi American Bank</u>

Francis A. Monaco, Jr.
Kevin Mangan
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8163

John C. Hutchins
Daniel E. Rosenfeld
Amy B. Abbott
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

<u>SWE&C Liquidating Trustee</u>

Adam G. Landis
Kerri K. Mumford
Landis, Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(302) 467-4400

Lorraine S. McGowen
Alyssa Englund
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0002
(212) 506-5000

James E. Houpt
Lynn Trinka Ernce
Orrick Herrington & Sutcliffe LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4417
(916) 447-9200

Saudi Arabian Oil Company

Dennis A. Meloro
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
(302) 661-7000


                              Respectfully submitted,
                              SAUDI AMERICAN BANK,
                              By its attorneys,


                              _____
                              Francis A. Monaco, Jr. (#2078)
                              Kevin Mangan (#3810)
                              Monzack & Monaco, P.A.
                              1201 N. Orange Street, Suite 400
                              Wilmington, DE  19801
                              (302) 656-8163

                              Of Counsel:

                              John C. Hutchins (BBO #246060)
                              Daniel E. Rosenfeld (BBO #560226)
                              Amy B. Abbott (BBO #648072)
                              Kirkpatrick & Lockhart Nicholson Graham LLP
                              State Street Financial Center
                              One Lincoln Street
                              Boston, MA 02111
                              (617) 261-3100

Dated:  May 10, 2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INC., et al.,[1] | ) | Case No. 00-2142 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| STONE & WEBSTER, INCORPORATED, | ) | |
| and STONE & WEBSTER ENGINEERING | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 02-3963 (PJW) |
| | ) | |
| SAUDI ARABIAN OIL COMPANY, | ) | **Ref. Nos. 19, 49** |
| | ) | |
| Defendant. | ) | |

### ORDER DENYING MOTION TO INTERVENE

Upon Saudi American Bank's Motion to Intervene and to Join Abdulla Said Bugshan & Brothers as a Defendant (the "Motion"); and after a hearing to consider the Motion having been held on April 25, 2006 (the "Hearing"); and the Court having considered the Motion and the objections thereto; it is hereby

ORDERED that, for the reasons set forth on the record at the Hearing, the Motion is denied.

Dated: _____, 2006
Wilmington, Delaware

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

---

[1] The Debtors are the Consolidated SWINC Estate and the Consolidated SWE&C Estate. As more particularly set forth in Article VII (B) of the Third Joint Plan, certain debtor subsidiaries of Stone & Webster, Incorporated are merged into Stone & Webster, Incorporated, and their estates have been substantively consolidated to become the Consolidated SWINC Estate; and certain debtor subsidiaries of Stone & Webster Engineers and Constructors, Inc. are merged into Stone & Webster Engineers and Constructors, Inc., and their estates have been substantively consolidated to become the Consolidated SWE&C Estate.

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

**Adversary Case #:** 02-3963 **(PJW)**
**Related Bankruptcy Case #:** 00-2142 **(PJW)**

**Deputy Clerk Transferring Case:** Sandra D. Jackson

**Case Type:** Adversary

**Nature of Suit:** 456; Declaratory Judgment
**Cause of Appeal:** Order dated 5/1/2006 Denying Saudi American Bank's Motion to Intervene
**(With Designations Included)**

**Parties:** SWE&C Liquidating Trustee v. Saudi American Bank, **(Movant for Intervention)**

**Appellant Counsel:**          Francis A. Monaco, Jr.

                               Kevin Mangan

                               Monzack & Monaco, P.A.

                               1201 N. Orange Street, Suite 400

                               Wilmington, DE 19801

                               (302) 656-8163


                               John C. Hutchins

                               Daniel E. Rosenfeld

                               Amy B. Abbott

                               Kirkpatrick & Lockhart Nicholson Graham LLP

                               State Street Financial Center

                               One Lincoln Street

                               Boston, MA 02111

                               (617) 261-3100

**Appellee Counsel:**           Adam G. Landis

Kerri K. Mumford

Landis, Rath & Cobb LP

919 Market Street, Suite 600

Wilmington, DE 19801

(301) 467-4400


Lorraine S. McGowen

Alyssa Englund

Orrick Herrington & Sutcliffe LLP

666 Fifth Avenue

New York, NY 10103-0002

(212) 506-5000


James E.. Houpt

Lynn Trinka Emce

Orrick Herrington & Sutcliffe LLP

400 Capital Mall, Suite 3000

Sacramento, CA 95814-4417

(916) 447-9200


Saudi Arabian Oil Company **(Defendant in case)**

Dennis A. Meloro

Greenberg Traurig

The Nemours Building

1007 North Orange Street

Suite 1200

Wilmington, DE 19801

(302) 661-7000

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court                                                824 Market Street
David D. Bird                                                 Wilmington DE 19801
                                                              (302) 252-2900

**Date: June 21, 2006**

To:  Clerk of the Court
     U.S. District Court
     District of Delaware
     Wilmington, DE 19801

**Re:      Adversary Case 02-03963 (PJW)-AP #06-37)**
**          Related BK Case 00-02142 (PJW)**
**          Re: SWE&C Liquidating Trust v. Saudi American Bank (Movant)**

Enclosed is the Transmittal relating to Appeal #06-37 along with the Notice of Appeal;
Appealable Order; Notice of Related Cases re: Notice of Appeal,  Designation of Record on
Appeal and Statement of Issues on Appeal.

Please acknowledge receipt of the above transferred record by completing the information below.

                                               Sincerely,


                                               David Bird, Clerk



                                               By: Sandra Jackson_____
                                                     Deputy Clerk



I hereby acknowledge receipt of the above transferred record  this _____day of _____,
2006..


By: _____
      U.S. District Court ,District of Delaware