IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-02142 (PJW)<br>Jointly Administered<br><br>Adv. Proc. No. 02-03963 |
| SAUDI AMERICAN BANK,<br><br>Appellant,<br><br>– against –<br><br>STONE & WEBSTER, INCORPORATED, and STONE & WEBSTER ENGINEERING CORPORATION, *et al.* and SAUDI ARABIAN OIL COMPANY,<br><br>Appellees. | C.A. No. 06-_____(     )<br><br><br><br>Ref. No. 52 |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 3.1, the SWE&C Liquidating Trustee ("Trustee"), on behalf of appellee SWE&C Liquidating Trust (the "Trust"), as successor-in-interest to appellee Stone & Webster Engineering Corporation, hereby gives notice that the above-entitled action (the "SAMBA Appeal") is related to another action on file in this Court, namely, the adversary proceeding styled as *Saudi American Bank v. Shaw Group Inc., et al.*, Case No. 1:04-cv-00834-SLR (the "Adversary Proceeding"), for which the court withdrew the reference to the United States Bankruptcy Court for the District of Delaware.

The SAMBA Appeal is related to the Adversary Proceeding because the two cases involve the same parties, are based on the same or similar claims and will involve similar questions of fact and law. Accordingly, assignment of the SAMBA Appeal to the Honorable Sue L. Robinson, who presided over the Adversary Proceeding, is likely to effect a substantial savings of judicial effort and avoid duplication of labor and inconsistent rulings.

429.001-12374.DOC

Dated: May 11, 2006
      Wilmington, Delaware

LANDIS RATH & COBB LLP

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Lorraine S. McGowen
Alyssa Englund
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

- and -

James E. Houpt
Lynn Trinka Ernce
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Counsel to the SWE&C Liquidating Trust