IN THE UNITED STATES BANKTRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INCORPORATED | ) | Case No. 00-02142-PJW |
| et al., | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |
| STONE & WEBSTER, INCORPORATED, | ) | |
| and STONE & WEBSTER ENGINEERING | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| -against- | ) | Adversary Proceeding |
| | ) | No.: 02-03963-PJW |
| SAUDI ARABIAN OIL COMPANY | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| SAUDI AMERICAN BANK | ) | |
| | ) | |
| Appellant/Movant for Intervention | ) | |

## APPELLANT SAUDI AMERICAN BANK'S DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Saudi American Bank ("SAMBA" or "Appellant") by and through its undersigned counsel, hereby designates the following items for inclusion in the record and states the issues to be presented on appeal from the Bankruptcy Court's Order Denying Motion to Intervene.

**I.    Designation of Record on Appeal**

SAMBA designates the following record items from Adversary Proceeding No. 02-03963-PJW:

54722

| <u>Date</u> | <u>Docket Nos.</u> | <u>Record Items</u> |
|---|---|---|
| 05/31/2002 | 1 | Complaint by Stone & Webster Engineering Corporation, Stone & Webster, Incorporated against Saudi Arabian Oil Company (with attachments) |
| 07/23/2002 | 3 | Notice of Filing of Pre-Trail Conference Filed by Stone & Webster, Incorporated |
| 09/25/2002 | 4 | Motion to Dismiss the Complaint Filed by Saudi Arabian Oil Company |
| 09/25/2002 | 5 | Memorandum of Law In Support of Defendant Saudi Arabian Oil Company's Motion to Dismiss the Complaint Filed by Saudi Arabian Oil Company |
| 09/25/2002 | 6 | Declaration of Cyrus Benson III Filed by Saudi Arabian Oil Company (with attachments) |
| 09/27/2002 | 9 | Appendix Filed by Saudi Arabian Oil Company |
| 09/27/2002 | 10 | Motion for Withdrawal of Reference Filed by Saudi Arabian Oil Company |
| 09/27/2002 | 11 | Memorandum of Law in Support of Defendant Saudi Arabian Oil Company's Motion to Withdraw the Reference Filed by Saudi Arabian Oil Company |
| 09/27/2002 | 12 | Defendant Saudi Arabian Oil Company's Motion for a Determination that the Adversary Proceeding is a Non-Core Proceeding Filed by Saudi Arabian Oil Company |
| 09/27/2002 | 13 | Memorandum of Law in Support of Defendant Saudi Arabian Oil Company's Motion for a Determination That the Adversary Proceeding is a Non-Core Proceeding Filed by Saudi Arabian Oil Company |
| 09/27/2002 | 14 | Declaration of Cyrus Benson III, in Support of Motion for Determination that the Adversary Proceeding is a Non-Core Proceeding Filed by Saudi Arabian Oil Company (with attachments) |

| <u>Date</u> | <u>Docket Nos.</u> | <u>Record Items</u> |
|---|---|---|
| 09/27/2002 | 15 | Declaration of Cyrus Benson III in Support of Motion to Withdraw the Reference Filed by Saudi Arabian Oil Company (with attachments) |
| 10/10/2002 | 17 | Notice of Withdrawal of the Reference Letter Filed by United States Bankruptcy Court District of Delaware |
| 10/10/2002 | 18 | Receipt of the Withdraw of Reference Letter Filed by United States Bankruptcy Court District of Delaware |
| 11/07/2002 | 19 | Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Saudi American Bank (with attachments) |
| 11/07/2002 | 20 | Brief in Support of its Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Saudi American Bank |
| 12/09/2002 | 23 | Response to Debtors' Answering Brief in Opposition to Saudi American Bank's Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Stone & Webster, Incorporated |
| 12/19/2002 | 24 | Reply Brief to Debtors' Answering Brief In Opposition to Saudi American Bank's Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Saudi American Bank (with attachments) |
| 12/23/2002 | 25 | Notice of Completion of Briefing to Intervene and Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Saudi American Bank |
| 03/12/2004 | 26 | Notice of Substitution of Parties and of Counsel Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. |
| 06/07/2004 | 27 | Certification of Counsel Filed by SWE&C Liquidating Trust |
| 06/10/2004 | 28 | Order Referring Adversary Proceeding to Mediation |
| 08/16/2004 | 29 | Order Regarding Civil Action No. 02-1525 |

| **Date** | **Docket Nos.** | **Record Items** |
|----------|-----------------|------------------|
| 03/30/2005 | 30 | Notice and Order of Request for Status Report |
| 04/15/2005 | 31 | Status Report E (with attachment) |
| 04/20/2005 | 32 | Status Report E (with attachment) |
| 05/10/2005 |  | Letter from Daniel E. Rosenfeld to Francis G. Conrad |
| 05/11/2005 |  | Letter from James E. Houpt to Daniel E. Rosenfeld |
| 08/24/2005 | 33 | Certification of Counsel Filed by SWINC Plan Administrator (with attachments) |
| 08/26/2005 | 34 | Order Approving Stipulation of Withdrawal (with attachment) |
| 01/30/2006 | 35 | Notice and Order of Request for Status Report with Certificate of Service |
| 02/14/2006 | 36 | Notice of Agenda of Matters Scheduled for Hearing |
| 02/15/2006 | 37 | Status Report G |
| 02/16/2006 | 38 | Court Sign-In Sheet |
| 02/27/2006 | 39 | Notice of Appearance in Adversary Proceeding Filed by Saudi Arabian Oil Company |
| 04/18/2006 | 41 | Objection to Saudi American Bank's Motion to Intervene and to Join Abdulla Said Bugshan & Brothers as a Defendant (with attachment) |
| 04/18/2006 | 42 | Declaration of James E. Houpt in Opposition to Saudi American Bank's Motion to Intervene and to Join Abdulla Said Bugshan & Brothers as a Defendant (with attachments) Filed by SWE&C Liquidating Trust |
| 04/20/2006 | 44 | Notice of Agenda of Matters Scheduled for Hearing Filed by SWE&C Liquidating Trust |

| **Date** | **Docket Nos.** | **Record Items** |
|---|---|---|
| 04/20/2006 | 45 | Affidavit of Service re: Notice of Agenda for Hearing Filed by SWE&C Liquidating Trust |
| 04/24/2006 | 46 | Reply to the SWE&C Liquidating Trustee's Opposition to Saudi American Bank's Motion to Intervene and to Join Abdullah Said Bugshan & Brothers as a Defendant Filed by Saudi American Bank (with attachments) |
| 04/24/2006 | 47 | Notice of Agenda of Matters Scheduled for Hearing Filed by SWE&C Liquidating Trust |
| 04/25/2006 | 48 | Court Sign-In Sheet |
| 04/28/2006 | 49 | Certification of Counsel Filed by SWE&C Liquidating Trust (with attachments) |
| 05/01/2006 | 50 | Order Denying Motion to Intervene |
| 05/02/2006 | 51 | Affidavit/Declaration of Service re: Order Denying Motion to Intervene Filed by SWE&C Liquidating Trust |
| 05/10/2006 | 52 | Notice of Appeal Filed by Saudi American Bank |
| 05/11/2006 | 54 | Transcript of Hearing held on April 25, 2006 at 1:30pm before the Honorable Peter J. Walsh |
| 05/11/2006 | 55 | Notice of Related Cases re: Notice of Appeal Filed by SWE&C Liquidating Trust |

SAMBA designates the following record items from Adversary Proceeding No. 01-

07766-PJW:

| **Date** | **Docket Nos.** | **Record Items** |
|---|---|---|
| 10/18/2001 | 1 | Complaint by Saudi American Bank against The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 01/02/2002 | 5 | Answer and Affirmative Defenses Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 01/02/2002 | 6 | Debtors' Answer, Affirmative Defenses, and Counterclaims |
| 01/07/2002 | 8 | Motion for Leave to File an Amended Complaint Filed by Saudi American Bank (with attachments) |
| 01/07/2002 | 9 | Motion for Consolidation or Dismissal Filed by Saudi American Bank |
| 01/07/2002 | 10 | Memorandum of Law in Support of Saudi American Bank's Motion for Consolidation or Dismissal Filed by Saudi American Bank |
| 01/14/2002 | 11 | Debtors' Motion for Summary Judgment Filed by Stone & Webster, Incorporated, et al. (with attachments) |
| 01/18/2002 | 12 | The Shaw Group Inc.'s Response to Saudi American Bank's Motion for Leave to File an Amended Complaint and for Consolidation or Dismissal Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 01/22/2002 | 13 | Plaintiff Saudi American Bank's Opposition to Debtors' Motion for Summary Judgment and Reply to Debtors' Opposition to Plaintiff's Motion for Consolidation or Dismissal Filed by Saudi American Bank |
| 01/22/2002 | 14 | Debtors' Opposition to Motion for Leave to File Amended Complaint Filed by Stone & Webster, Incorporated, et al. |

| <u>Date</u> | <u>Docket Nos.</u> | <u>Record Items</u> |
|---|---|---|
| 01/24/2002 | 15 | Response to the Shaw Group Inc's. Response to Saudi American Bank's Motion for Leave to File and Amended Complaint and for Consolidation or Dismissal Filed by Saudi American Bank |
| 01/28/2002 | 16 | Answer of Plaintiff Saudi American Bank to Debtors' Counterclaims |
| 08/13/2002 | 29 | Motion For Summary Judgment Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 08/13/2002 | 30 | The Shaw Group Inc.'s Opening Brief in Support of its Motion for Summary Judgment Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 08/13/2002 | 31 | Appendix Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 09/03/2002 | 34 | Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank (with attachments) |
| 09/03/2002 | 35 | Declaration of Haider Al-Shakhes in Support of Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank (with attachments) |
| 09/03/2002 | 36 | Declaration of Bhupendra Bharakda in Support of Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank (with attachments) |
| 09/03/2002 | 37 | Motion to Strike the Verification of James P. Carroll of Debtors' Verified Opening Brief in Support of Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank (with attachments) |
| 09/23/2002 | 39 | Objection to Debtors' Notice of Completion of Briefing and Request for Oral Argument on October 3, 2002 Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |

| <u>Date</u> | <u>Docket Nos.</u> | <u>Record Items</u> |
|---|---|---|
| 09/24/2002 | 41 | Reply to Debtors' Answering Brief in Opposition to Saudi American Bank's Motion to Strike Verification of James P. Carroll and Answering Brief in Opposition to Debtors' Motion to Strike Declarations of Haider Al-Shakhes and Bhupendra Bharakda Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (with attachments) |
| 9/25/2002 | 42 | Order Approving Joint Stipulation Regarding Extension of Time to Respond to Defendant The Shaw Group, Inc.'s Motion for Summary Judgment |
| 10/01/2002 | 43 | Motion for Leave to File Sur-Reply Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (with attachments) |
| 10/11/2002 | 46 | Order Approving Stipulation to Extend Brief Page Limitation |
| 10/18/2002 | 47 | Motion for Summary Judgment of Saudi American Bank's Against the Shaw Group, Inc. and SWINC Acquisition Three, Inc. Filed by Saudi American Bank (with attachments) |
| 10/18/2002 | 48, 49, 50 | Motion to Strike the Declaration of James P. Carroll in Support of Shaw's Motion for Summary Judgment Filed by Saudi American Bank (with attachments) and related appendices |
| 10/18/2002 | 51 | Brief in Support of its Cross-Motion for Summary Judgment and Answering Brief in Opposition to The Shaw Group's Motion for Summary Judgment |
| 10/18/2002 | 52 | Order Approving Joint Stipulation Regarding Extension of Time to Respond to Defendant The Shaw Group, Inc's Motion for Summary Judgment |
| 10/31/2002 | 53 | Notice of Completion of Briefing Relating to Saudi American Bank's Motion For Leave to File an Amended Complaint Filed by Saudi American Bank |

| __Date__ | __Docket Nos.__ | __Record Items__ |
|---|---|---|
| 10/31/2002 | 54 | Notice of Completion of Briefing Relating To Saudi American Bank's Motion For Consolidation or Dismissal Filed by Saudi American Bank |
| 12/09/2002 | 57 | The Shaw Group's Reply to SAMBA's Motion for Summary Judgment Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 12/09/2002 | 58 | Response to Motion of Saudi American Bank to Strike Declaration of James P. Carroll Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 12/23/2002 | 59 | Plaintiff Saudi American Bank's Reply Brief in Response to The Shaw Group, Inc.'s Reply to SAMBA'S Cross-Motion for Summary Judgment and in Further Support of SAMBA'S Cross-Motion for Summary Judgment Filed by Saudi American Bank |
| 12/27/2002 | 60 | Notice of Completion of Briefing Relating to SAMBA'S Cross-Motion for Summary Judgment Filed by Saudi American Bank |
| 12/27/2002 | 61 | Notice of Completion of Briefing Relating to SAMBA'S Motion to Strike the Declaration of James P. Carroll in Support of Shaw's Motion for Summary Judgment Filed by Saudi American Bank |
| 12/31/2002 | 62 | Motion to Compel the Depositions of John Rase and Michael W. Mott or Alternatively to Preclude the Introduction of Evidence in Adversary Proceeding No. 01-1120 (PJW) Filed by Saudi American Bank (with attachments) |
| 01/02/2003 | 64 | Amended Brief in Support of its Motion to Compel the Depositions of John Rase and Michael W. Mott Filed by Saudi American Bank (with attachments) |
| 06/01/2004 | 75 | Motion to Withdraw the Reference Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (with attachments) |

| **Date** | **Docket Nos.** | **Record Items** |
|---|---|---|
| 06/01/2004 | 77 | Motion to Approve Determination that Proceeding is Non-Core Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (with attachments) |
| 06/03/2004 | 79 | Motion for Determination that Proceeding is Non-Core Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. (with attachments) |
| 06/30/2004 | 80 | Limited Response to The Shaw Group, Inc.'s Motion For Determination That Proceeding is Non-Core Filed by Saudi American Bank |
| 06/30/2004 | 81 | Plaintiff Saudi American Bank's Answering Brief to the Shaw Group, Inc.'s Motion For Withdrawal of Reference Filed by Saudi American Bank (with attachments) |
| 07/08/2004 | 82 | Transmittal of Motion Withdrawing the Reference sent to United States District Court, District of Delaware |
| 07/08/2004 | 83 | Notice of Completion of Briefing with Respect to Motion for Determination that Proceeding is Non-Core Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 07/08/2004 | 84 | Notice of Completion of Briefing with Respect to Motion to Withdraw Reference Filed by The Shaw Group, Inc. and SWINC Acquisition Three, Inc., and Stone & Webster Engineering Corporation, et al. |
| 07/09/2004 | 85 | Notice of Receipt of Record of Withdrawal of the Reference |
| 07/09/2004 | 86 | Notice of Docketing of Record Withdrawing the Reference |
| 07/13/2004 | 87 | Order Granting Motion of The Shaw Group, Inc. for a Determination that this Action is Non-Core |
| 09/13/2004 | 88 | Order Withdrawing Reference of Proceedings Against the Shaw Group, Inc. |

| **Date** | **Docket Nos.** | **Record Items** |
|---|---|---|
| 09/16/2004 | 89 | Transmittal Withdrawing the Entire Record on the Withdrawal of Reference to U.S. District Court for the District of Delaware |
| 09/17/2004 | 90 | Notice of Receipt of Record of Motion to Withdraw the Reference Filed by U.S. District Court Clerk |
| 06/29/2005 | 91 | Transcript of Hearing held on June 13, 2005 before the Honorable Peter J. Walsh |

SAMBA designates the following record items from Adversary Proceeding No. 01-1120:

| **Date** | **Docket Nos.** | **Record Items** |
|---|---|---|
| 08/03/2001 | 1 | Complaint by Stone & Webster, Inc., et al, Stone & Webster Engineering Corporation against Saudi American Bank |
| 10/18/2001 | 4 | Answer to Complaint Filed by Saudi American Bank |
| 11/28/2001 | 6 | Notice of Pre-Trial Conference Filed by Stone & Webster Engineering Corporation |
| 01/07/2002 | 7 | Motion for Consolidation or Dismissal Filed by Saudi American Bank (with attachments) |
| 01/07/2002 | 8 | Memorandum of Law in Support of Saudi American Bank's Motion for Consolidation or Dismissal Filed by Saudi American Bank |
| 01/14/2002 | 9 | Motion for Summary Judgment Filed by Stone & Webster, Inc., et al. (with attachments) |
| 01/17/2002 | 10 | Debtors' Motion for Partial Judgment on the Pleadings Filed by Stone & Webster, Inc. et al. (with attachments) |

| **Date** | **Docket Nos.** | **Record Items** |
|---|---|---|
| 01/22/2002 | 11 | Plaintiff Saudi American Bank's Opposition to Debtors' Motion for Summary Judgment and Reply to Debtors' Opposition to Plaintiff's Motion for Consolidation or Dismissal Filed by Saudi American Bank |
| 01/24/2002 | 18 | The Shaw Group Inc.'s Response to Saudi American Bank's Motion for Leave to File an Amended Complaint and for Consolidation or Dismissal Filed by Saudi American Bank |
| 02/08/2002 | 20 | Objection to Motion by Debtors for Partial Judgment on the Pleadings Filed by Saudi American Bank |
| 02/15/2002 | 21 | Debtors' Brief in Reply to Defendant Saudi American Bank's Opposition to Debtors' Motion for Partial Judgment on the Pleadings Filed by Stone & Webster, Inc., et al. |
| 04/17/2002 | 27 | Notice of Filing of Cancellation of Trial Filed by Stone & Webster Engineering Corporation |
| 07/22/2002 | 36 | Motion For Summary Judgment Filed by Stone & Webster, Inc. et al. |
| 09/03/2002 | 38 | Answering Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank (with attachments) |
| 09/03/2002 | 39 | Declaration of Haider Al-Shakhes Filed by Saudi American Bank (with attachments) |
| 09/03/2002 | 40 | Declaration of Bhupendra Bharakda in Support of Answering Brief in Opposition to Debtors Motion for Partial Summary Judgment Filed by Saudi American Bank (with attachments) |
| 09/03/2002 | 41 | Motion to Strike the Verification of James P. Carroll of Debtors' Verified Opening Brief in Support of Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank (with attachments) |
| 09/09/2002 | 42 | Certification of Counsel in Support of Order Granting Partial Judgment on the Pleadings Filed by Stone & Webster, Inc. et al. |

| Date | Docket Nos. | Record Items |
|------|-------------|--------------|
| 09/16/2002 | 43 | Order Granting Partial Judgment on the Pleadings |
| 09/19/2002 | 44 | Debtors' Motion to Strike Declarations of Haider Al-Shakhes and Bhupendra Bharakda Filed by Stone & Webster, Inc. et al. |
| 09/19/2002 | 45 | Debtors' (i) Reply Brief in Support of Debtors' Motion for Partial Summary Judgment, (ii) Answering Brief in Opposition to Saudi American Bank's Motion to Strike Verification of James P. Carroll and (iii) Opening Brief in Support of Motion to Strike Declarations of Haider Al-Shakhes and Bhupendra Bharakda Filed by Stone & Webster, Inc. et al. |
| 09/19/2002 | 46 | Declaration of James P. Carroll, on Behalf of Debtors, in Support of Debtors' Motion for Partial Summary Judgment Filed by Stone & Webster, Inc. et al. |
| 09/19/2002 | 47 | Notice of Completion of Briefing and Request for Oral Argument on October 3, 2002 Filed by Stone & Webster, Inc. et al. |
| 09/23/2002 | 49 | Objection to Debtors' Notice of Completion of Briefing and Request for Oral Argument on October 3, 2002 Filed by Saudi American Bank |
| 09/24/2002 | 51 | Reply to Debtors' Answering Brief in Opposition to Saudi American Bank's Motion to Strike Verification of James P. Carroll and Answering Brief in Opposition to Debtors' Motion to Strike Declaration of Haider Al-Shakhes and Bhupendra Bharakda Filed by Saudi American Bank (with attachments) |
| 09/26/2002 | 52 | Order Approving Joint Stipulation Regarding Extension of Time to Respond to Defendant The Shaw Group, Inc.'s Motion for Summary Judgment |
| 09/30/2002 | 53 | Notice of Completion of Briefing and Request for Oral Argument on October 3, 2002 Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. et al. |
| 09/30/2002 | 54 | Notice of Pretrial Conference Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. et al. |

| **Date** | **Docket Nos.** | **Record Items** |
|---|---|---|
| 10/01/2002 | 55 | Sur-Reply Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank (with attachments) |
| 10/01/2002 | 56 | Answering Brief in Opposition to Motion of Saudi American Bank for Leave to File Sur-Reply Brief in Opposition to Debtors' Motion for Partial Summary Judgment Filed by Stone & Webster Engineering Corporation |
| 10/02/2002 | 57 | Notice of Completion of Briefing Relating to Saudi American Bank's Motion to Strike the Verification of James P. Carroll of Debtors' Verified Opening Brief in Support of Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank. |
| 10/15/2002 | 58 | Debtors' Motion For Leave to File Amended Complaint Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. et al. |
| 10/25/2002 | 60 | Answering Brief in Opposition to Debtors' Motion for Leave to File Amended Complaint Filed by Saudi American Bank (with attachments) |
| 10/31/2002 | 61 | Notice of Completion of Briefing Relating to Motion of Saudi American Bank For Leave to File Sur-Reply Brief In Opposition to Debtors' Motion for Partial Summary Judgment Filed by Saudi American Bank |
| 10/31/2002 | 62 | Notice of Completion of Briefing Relating To Saudi American Bank's Motion For Consolidation or Dismissal Filed by Saudi American Bank |
| 11/04/2002 | 63 | Brief in Support of Debtors' Motion for Leave to File Amended Complaint Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. et al. |
| 11/08/2002 | 64 | Notice of Completion of Briefing of Debtors' Motion for Leave to File Amended Complaint Filed by Stone & Webster Engineering Corporation |

| **Date** | **Docket Nos.** | **Record Items** |
|---|---|---|
| 12/23/2002 | 68 | Plaintiff Saudi American Bank's Reply Brief in Response to the Shaw Group, Inc.'s Reply to SAMBA's Cross-Motion for Summary Judgment and in Further Support of SAMBA'S Cross-Motion for Summary Judgment Filed by Saudi American Bank |
| 12/24/2002 | 69 | Notice of Status Conference Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. et al. |
| 12/31/2002 | 70 | Motion to Compel the Depositions of John Rase and Michael W. Mott or Alternatively to Preclude the Introduction of Evidence in Adversary Proceeding No. 01-1120 (PJW) Filed by Saudi American Bank |
| 01/02/2003 | 72 | Amended Brief in Support of its Motion to Compel the Depositions of John Rase and Michael W. Mott Filed by Saudi American Bank (with attachments) |
| 01/10/2003 | 77 | Debtors' Answering Brief in Opposition to Saudi American Bank's Motion to Compel the Depositions of John Rase and Michael Mott or Alternatively to Preclude the Introduction of Evidence in Adversary Proceeding No. 01-1120 (PJW) Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. et al. |
| 01/17/2003 | 79 | Certification of Counsel Regarding Order Granting Leave to File Amended Complaint Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. et al. |
| 01/21/2003 | 80 | Order Granting Leave to File Amended Complaint |
| 01/23/2003 | 81 | Amended Complaint Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. et al. |
| 02/03/2003 | 84 | Answer Filed by Saudi American Bank |
| 02/07/2003 | 85 | Certification of Counsel Regarding Stipulated Scheduling Order Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc. et al. |
| 02/11/2003 | 87 | Scheduling Order |

| Date | Docket Nos. | Record Items |
|---|---|---|
| 04/07/2003 | 106 | Stipulated Amended Scheduling Order filed by Saudi American Bank |
| 04/07/2003 | 108 | Debtor's Motion for Partial Summary Judgment Filed by Stone & Webster, Inc., et al. (with attachments) |
| 04/08/2003 | 109 | Stipulated Amended Scheduling Order |
| 04/16/2003 | 110 | Notice of Service of list of Exhibits Debtors Intend to Offer at Trial Filed by Stone & Webster Engineering Corporation, Stone & Webster, Inc., et al. |
| 04/23/2003 | 114, 115 | Amended Brief in Opposition to Debtor's Motion For Partial Summary Judgment Filed by Saudi American Bank and Related Exhibits |
| 05/01/2003 | 116 | Debtors' Reply Brief in Support of Debtors' Motion for Partial Summary Judgment Filed by Stone & Webster, Inc., et al. |
| 05/02/2003 | 118 | Notice of Completion of Briefing on Debtors' Motion for Partial Summary Judgment Filed by Stone & Webster, Inc., et al. |
| 04/05/2004 | 119 | Stipulation and Agreed Order Dismissing Adversary Proceeding Between SWE&C Liquidating Trust and the Consolidated SWINC Estate and Saudi American Bank Filed by SWE&C Liquidating Trust (with attachments) |
| 05/25/2004 | 120 | Order and Stipulation Dismissing Adversary Proceeding (with attachments) |

SAMBA designates the following record items from Civil Action No. 04-00834-SLR:

| **Date** | **Docket No.** | **Record Item** |
|---|---|---|
| 07/08/2004 | 1 | Motion by The Shaw Group, Inc. and SWINC Acquisition to Withdraw the Reference |
| 10/12/2004 | 7 | Letter to Judge Robinson from S. Jenkins Enclosing Proposed Scheduling Order |
| 10/14/2004 | 8 | Order Regarding Pending Motions for Summary Judgment |
| 11/12/2004 | 10 | Transcript |
| 05/04/2005 | 11 | Memorandum Opinion |
| 05/04/2005 | 12 | Order Denying Defendants Motion for Summary Judgment and Granting Plaintiff's Motion for Summary Judgment |
| 05/05/2005 | 13 | Judgment in Favor of Saudi American Bank and Against Defendants The Shaw Group, SWINC Acquisition Three, and SWE&C Liquidating Trustee |
| 05/18/2005 | 14 | Motion for Assessment of Damages filed by Saudi American Bank |
| 05/18/2005 | 15 | Declaration of Arif Usmani in Support of Plaintiff's Motion for Assessment of Damages Filed by Saudi American Bank |
| 05/18/2005 | 16, 17 | Affidavit of Daniel E. Rosenfeld in Support of Plaintiff's motion for Assessment of Damages Filed by Saudi American Bank and all Exhibits |
| 05/18/2005 | 18 | Affidavit of John C. Hutchins Regarding Motion for Assessment of Damages Filed by Saudi American Bank |
| 05/18/2005 | 19 | Affidavit of Kevin J. Mangan Regarding Motion for Assessment of Damages Filed by Saudi American Bank |
| 05/18/2005 | 20 | Appendix to Opening Brief in Support of Saudi American Bank's Motion for Assessment of Damages Filed by Saudi American Bank |
| 05/18/2005 | 21 | Opening Brief in Support of Motion for Assessment of Damages Filed by Saudi American Bank |
| 05/26/2005 | 24 | Notice of Appeal filed by Shaw Group Inc. |
| 06/01/2005 | 26 | Response to Motion for Assessment of Damages filed by Shaw Group Inc. |

| Date | Docket No. | Record Item |
|------|-----------|-------------|
| 06/08/2005 | 29 | Reply Brief Regarding Motion for Assessment of Damages filed by Saudi American Bank |
| 06/08/2005 | 30 | Appendix to Reply Brief filed by Saudi American Bank |
| 06/08/2005 | 31 | Declaration of Mohammed Saleh Mohammed Al-Motlaq filed by Saudi American Bank. |
| 03/27/2006 | 32, 33 | USCA Order Terminating Appeal |

Lastly, SAMBA designates the following record items from Case No. 00-2142:

| Date | Docket Nos. | Record Items |
|------|-----------|-------------|
| 02/26/2002 | 2543 | Transcript of Hearing on January 25, 2002 |
| 10/15/2002 | 3467 | Transcript of Omnibus Hearing Held October 3, 2002 |
| 05/23/2003 | 4240 | Debtors' Motion for Order under Fed. R. Bankr. P. 9019 Approving Settlement with Saudi American Bank Filed by Stone & Webster, Incorporated |
| 06/12/2003 | 4289 | Order Approving Settlement with Saudi American Bank (with attachments) |
| 04/12/2004 | 5024 | Transcript of Hearing on March 11, 2004 |

## II.  STATEMENT OF ISSUES

1.     Whether the Bankruptcy Court erred in ruling that SAMBA is not entitled to intervene as a matter of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

2.     Whether the Bankruptcy Court abused its discretion in ruling that SAMBA is not entitled to intervene permissively pursuant to Rule 24(b) of the Federal Rules of Civil Procedure.

- 18 -

3.    Whether the Bankruptcy Court applied the correct legal standards in denying SAMBA's Motion to Intervene.

4.    Whether the Bankruptcy Court erred as a matter of law by not accepting as true, for purposes of deciding the Motion to Intervene, the well-pleaded material factual allegations contained in SAMBA's Motion to Intervene and Complaint-in-Intervention.

5.    Whether the Bankruptcy Court erred in denying SAMBA's Motion to Intervene where the material factual allegations in the Motion to Intervene and the Complaint-in-Intervention are sufficient to establish, *prima facie*, a valid and enforceable assignment of contract proceeds.

6.    Whether the Bankruptcy Court erred in denying SAMBA's Motion to Intevene on the ground that SAMBA's Complaint-in-Intervention may raise issues of foreign law.

7.    Whether the Bankruptcy Court erred in denying SAMBA's Motion to Intervene where such denial effectively denies SAMBA an adequate forum to protect its interests.

8.    Whether the Bankruptcy Court erred in denying SAMBA's Motion to Intervene where such denial substantially impairs SAMBA's ability to protect its interests.

9.    Whether the Bankruptcy Court erred in denying SAMBA's Motion to Intervene based on the Court's statements concerning the enforceability of the Assignment of Contract Proceeds, when that issue was not before the Court.

10.    Whether the Bankruptcy Court erred in denying SAMBA's Motion to Intervene based on the Court's statements concerning the enforceability of the Assignment of Contract

Proceeds, where the parties to Adversary Proceeding No. 02-03963 failed to assert that the Assignment of Contract Proceeds was unenforceable and should therefore be estopped from arguing that the Assignment of Contract Proceeds is not valid and enforceable.

11.     Whether the Bankruptcy Court erred in denying SAMBA's Motion to Intervene based on the Court's statements concerning the enforceability of the Assignment of Contract Proceeds, where the parties to Adversary Proceeding No. 02-03963 failed to assert that the Assignment of Contract Proceeds was unenforceable and therefore waived the argument that the Assignment of Contract Proceeds is not valid and enforceable.

12.     Whether the Bankruptcy Court erred in commenting on the merits of the dispute.

13.     Whether the Bankruptcy Court's decision denying SAMBA's Motion to Intervene was arbitrary and capricious.

14.     Whether the Bankruptcy Judge should be disqualified and this case reassigned to another Bankruptcy Judge upon remand.

15.     Whether the Bankruptcy Judge's impartiality might reasonably be questioned based on the record in this Adversary Proceeding and the comments made at the hearing on SAMBA's Motion to Intervene.

16.    Whether the Bankruptcy Judge's impartiality might reasonably be questioned

based on the record in this Adversary Proceeding and the record in all of the related proceedings.

Respectfully submitted,
SAUDI AMERICAN BANK,
By its attorneys,

Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8163

Of Counsel:

John C. Hutchins (BBO #246060)
Daniel E. Rosenfeld (BBO #560226)
Amy B. Abbott (BBO #648072)
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated:  May 22, 2006