IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-2142 (PJW)<br><br>(Jointly Administered) |
| STONE & WEBSTER, INCORPORATED, and STONE & WEBSTER ENGINEERING CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>against<br><br>THE SAUDI ARABIAN OIL COMPANY,<br><br>Defendant. | Adv. Pro. No. 02-3963 (PJW) |

**APPELLEE SWE&C LIQUIDATING TRUST'S
STATEMENT OF ISSUES PRESENTED FOR REVIEW AND
DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the SWE&C Liquidating Trustee, on behalf of appellee the SWE&C Liquidating Trust, successor in interest to Stone & Webster Engineering Corporation (the "Trust"), by and through his undersigned counsel, hereby presents the Trust's statement of issues and designates additional items for inclusion in the record on appeal.

429.001-12555.DOC

### Statement of Issues Presented for Review

Whether, in addition to the bases relied upon by the bankruptcy court in properly denying Saudi American Bank's motion to intervene, the bankruptcy court's decision to deny the motion also is supported by the election of remedies doctrine and/or judicial estoppel.

### Designation of Additional Items to Be Included in the Record

In addition to certain items designated in Appellant Saudi American Bank's Designation of the Record and Statement of Issues on Appeal, the Trust designates the following items to be included in the record on appeal, copies of which are submitted herewith:

1. Item designated from the United States Bankruptcy Court, Adversary Proceeding Case No. 01-7766-PJW.

| Exhibit Tab | Date | Docket No. | Record Item |
|---|---|---|---|
| 1 | 4/05/04 | 70 | Notice of Substitution of Party and of Counsel |

2. Item designated from the United States District Court, Civil Action No. 04-00834-SLR.

| Exhibit Tab | Date | Docket No. | Record Item |
|---|---|---|---|
| 2 | 10/18/04 | 9 | Notice of Substitution of Party and of Counsel |

Dated: Wilmington, Delaware
May 31, 2006

LANDIS RATH & COBB LLP

_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
Wilmington, DE 19801
Tel: (302) 467-4400
Fax: (302) 467-4450

- and –

US_WEST:260025578.1                2

Lorraine S. McGowen
Alyssa Englund
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0002
Tel: (212) 506-5000
Fax: (212) 506-5151

- and –

James E. Houpt
Lynn Trinka Ernce
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Tel: (916) 447-9200
Fax: (916) 329-4900

Counsel to the SWE&C Liquidating Trust