# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Kevin F. Brady
TEL      (302) 888-6257
FAX     (302) 255-4257
EMAIL   kbrady@cblh.com
REPLY TO Wilmington Office

December 1, 2006



**Via Hand Delivery**
Ms. Elizabeth Strickler
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re: *Appeal: In Re: STONE & WEBSTER INCORPORATED, et al.–*
CV 1:06 – cv-00399

Dear Elizabeth:

On November 30, 2006, I conducted a mediation in the above-referenced appeal from the Bankruptcy Court with counsel and representatives of Saudi American Bank and SWE&C Liquidating Trustee. The mediation did not result in a resolution of the issues pending in the above-referenced appeal, so this case is ready to proceed to a briefing schedule.

If you have any questions, please contact me.

Yours very truly,

Kevin F. Brady
(Bar No. 2248)

KFB/jtf
cc:   Clerk, U.S. District Court
      Kevin Mangan, Esq.
      Kerri Mumford, Esq.
      Dennis Meloro, Esq.
(502702)