IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STONE & WEBSTER INC.,<br>et al.,<br><br>      Debtors. | ) Chapter 11<br>) Bk. No. 00-02142(PJW)<br>) Jointly Administered<br>)<br>)<br>) |
| SAUDI AMERICAN BANK,<br><br>      Appellant,<br><br>   v.<br><br>SAUDI ARABIAN OIL COMPANY,<br>STONE & WEBSTER, INC., STONE<br>& WEBSTER ENGINEERING CORP.,<br>and SWE&C LIQUIDATING TRUSTEE,<br><br>      Appellees. | )<br>)<br>)<br>)<br>) Civ. No. 06-399-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 14th day of December, 2006, having received notice from the mediator that mediation was not successful in this case (D.I. 6);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

    1.  Appellant's brief in support of its appeal is due on or before **January 16, 2007.**

    2.  Appellee's brief in opposition to the appeal is due on or before **February 16, 2007.**

      3.    Appellant's reply brief is due on or before **March 2, 2007.**

                                                      */s/ Sue L. Robinson*
                                                United States District Judge