IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>STONE & WEBSTER, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-2142 (PJW)<br>(Jointly Administered) |
| SAUDI AMERICAN BANK,<br><br>Appellant,<br><br>v.<br><br>SAUDI ARABIAN OIL COMPANY, STONE & WEBSTER, INC., STONE & WEBSTER ENGINEERING CORP., and SWE&C LIQUIDATING TRUSTEE,<br><br>Appellees. | Civ. No. 06-399-SLR |

**JOINT MOTION TO ENLARGE TIME FOR APPELLEE TO FILE BRIEF IN OPPOSITION TO APPEAL AND FOR APPELLANTS TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Civil Procedure 6(b), Appellant Saudi American Bank ("Appellant") and Appellee SWE&C Liquidating Trustee ("Appellee") move the Court to enlarge the time for Appellee to file its brief in opposition to the appeal regarding the Bankruptcy Court's Order Denying Motion to Intervene ("Opposition").

**RELIEF REQUESTED**

Appellant filed its Notice of Appeal on May 10, 2006 (the "Appeal"). On December 14, 2006, the Court entered an order setting the briefing schedule (the "Scheduling Order"). Pursuant to the Scheduling Order, the Appellant filed its opening brief in support of its appeal on January 16, 2007. Under the Scheduling Order, Appellee's Opposition to the Appeal is due February 16, 2007.

429.001-15432

Appellant and Appellee (the "Parities") hereby request that the Court extend the deadline for Appellee to file its Opposition two additional weeks to March 2, 2007. The Parties further request that the Court extend the deadline for Appellant to file its reply brief ("Reply Brief") until March 23, 2007. These extensions are not sought for purposes of delay or to prejudice any party, but rather so that justice may be done.

## CONCLUSION

For the foregoing reason, the Parties request that the Court extend the deadline for Appellee to file its Opposition from February 16, 2007 until March 2, 2007. The Parties further request that the Court extend the deadline for Appellant to file its Reply Brief until March 23, 2007.

Respectfully submitted,

/s/ Kerri K. Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Lorraine S. McGowen
Alyssa Englund
Orrick, Herrington & Sutcliff LLP
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

- and -

429.001-15432

James E. Houpt
Lynn Trinka Ernce
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

COUNSEL TO THE SWE&C LIQUIDATING TRUSTEE

- and -


/s/ Kevin J. Mangan
Francis A. Monaco, Jr. (No. 2078)
Kevin J. Mangan (No. 3810)
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769

- and -

John C. Hutchins (BBO #246060)
Daniel E. Rosenfeld (BBO #560226)
Amy B. Abbott (BBO #648072)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Center
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

COUNSEL TO SAUDI AMERICAN BANK

429.001-15432

**CERTIFICATE OF CONFERENCE**

     I, Kerri K. Mumford hereby certify that on the 7th day of February 2007, I conferred with Daniel E. Rosenfeld, counsel for Appellant Saudi American Bank, who stated that he was agreeable to extending the deadline for Appellee to file its Opposition to the Appeal from February 16, 2007 until March 2, 2007. I further certify that I advised Mr. Rosenfeld that Appellee was agreeable to extending the deadline for Appellant to file its Reply Brief until March 23, 2007.

                                                  /s/ Kerri K. Mumford
                                                  Kerri K. Mumford (No. 4186)

429.001-15432

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>STONE & WEBSTER, INC., et al.,<br><br>          Debtors. | Chapter 11<br><br>Case No. 00-2142 (PJW)<br>(Jointly Administered) |
| SAUDI AMERICAN BANK,<br><br>          Appellant,<br><br>          v.<br><br>SAUDI ARABIAN OIL COMPANY, STONE & WEBSTER, INC., STONE & WEBSTER ENGINEERING CORP., and SWE&C LIQUIDATING TRUSTEE,<br><br>          Appellees. | Civ. No. 06-399-SLR |

## ORDER

The Court, having considered the Joint Motion to Enlarge Time for Appellee to File Brief in Opposition to Appeal and for Appellants to File Reply Brief (the "Motion"), finds that the Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED this ___ day of _____ 2007 that the deadline for Appellee to file its Opposition is extended from February 16, 2007 until March 2, 2007.

IT IS FURTHER ORDER that the deadline for Appellant to file its Reply Brief is extended until March 23, 2007.

                                                                                    _____
                                                                                     The Honorable Sue L. Robinson
                                                                                     Chief United States District Court Judge

429.001-15448

**AGREED TO BY:**

/s/ Kerri K. Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Lorraine S. McGowen
Alyssa Englund
Orrick, Herrington & Sutcliff LLP
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

- and -

James E. Houpt
Lynn Trinka Ernce
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

COUNSEL TO THE SWE&C LIQUIDATING TRUSTEE

- and -


/s/ Kevin J. Mangan
Francis A. Monaco, Jr. (No. 2078)
Kevin J. Mangan (No. 3810)
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769

- and -

429.001-15448

John C. Hutchins (BBO #246060)
Daniel E. Rosenfeld (BBO #560226)
Amy B. Abbott (BBO #648072)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Center
Boston, MA  02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

COUNSEL TO SAUDI AMERICAN BANK

429.001-15448

**CERTIFICATE OF SERVICE**

      I, Kerri K. Mumford, hereby certify that on this 9th day of February 2007, I caused a true and correct copy of the Parties' *Joint Motion to Enlarge Time for Appellee to File Brief in Opposition to Appeal and for Appellants to File Reply Brief* to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Adam G. Landis (landis@lrclaw.com)
    Kerri King Mumford (mumford@lrclaw.com)
    Francis A. Monaco, Jr. (fmonaco@monlaw.com)
    Kevin J. Mangan (kmangan@monlaw.com)
    Dennis A. Meloro (melorod@gtlaw.com)

      I further certify that I have served the parties listed on the service list below in the manner indicated:

| *First Class Mail* | *First Class Mail* |
|---|---|
| John C. Hutchins, Esquire | Lorraine S. McGowen, Esquire |
| Daniel E. Rosenfeld, Esquire | Alyssa Englund, Esquire |
| Amy B. Abbott, Esquire | Orrick, Herrington & Sutcliff LLP |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | 666 Fifth Avenue |
| State Street Financial Center | New York, NY 10103-0002 |
| One Lincoln Center | |
| Boston, MA 02111 | |

*First Class Mail*
James E. Houpt, Esquire
Lynn Trinka Ernce, Esquire
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

                                    /s/ Kerri K. Mumford
                                    Kerri K. Mumford (No. 4186)

429.001-15432