IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>et al.,<br><br>     Debtors | Chapter 11<br>Bk. No. 00-02142 (PJW)<br>Jointly Administered |
| SAUDI AMERICAN BANK<br><br>     Appellant,<br>  v.<br><br>SAUDI ARABIAN OIL COMPANY,<br>STONE & WEBSTER, INC., STONE &<br>WEBSTER ENGINEERING CORP. and<br>SWE&C LIQUIDATING TRUSTEE,<br><br>     Appellees. | Civil No. 06-399-SLR |

**DECLARATION OF SHEHERYAR ALI IN SUPPORT OF SAUDI AMERICAN BANK'S REPLY BRIEF IN SUPPORT OF ITS APPEAL OF THE BANKRUPTCY COURT'S DENIAL OF SAUDI AMERICAN BANK'S MOTION TO INTERVENE**

I, Sheheryar Ali, do hereby depose and state:

1. I am the Assistant General Manager at Samba Financial Group (formerly known as Saudi American Bank ("SAMBA")), resident in Al-Khobar, Saudi Arabia. During my tenure as Assistant General Manager, I was responsible for supervising and overseeing the lending relationship with Bugshan Stone & Webster ("BS&W") on a day-to-day basis.

2. I have personal knowledge of the facts surrounding this case and I have reviewed SAMBA's documentation concerning the Assignment of Contract Proceeds executed by BS&W dated January 22, 1995 ("Assignment"), the Specific Payment Instruction Letter dated

BOS-1065773 v4

September 21, 1994, the Acknowledgement of Assignment by Saudi Arabian Oil Company ("Saudi Aramco") dated November 13, 1994, SAMBA's letter dated May 11, 2002 to Saudi Aramco directing it to continue to pay contract proceeds to SAMBA, and Saudi Aramco's letter dated June 2, 2002, confirming to SAMBA that both the Assignment and the authorization contained in the Specific Payment Instruction Letter are irrevocable and continue to be in full force and effect. A true and correct copy of the Assignment is attached hereto as Exhibit 1 (A01330-01332); a true and correct copy of the Specific Payment Instruction Letter is attached hereto as Exhibit 2 (A01334-01335); a true and correct copy of the Acknowledgment of Assignment to BS&W is attached hereto as Exhibit 3 (A01337); a true and correct copy of SAMBA's May 11, 2002 letter is attached hereto as Exhibit 4 (A01339); and a true and correct copy of the June 2, 2002 confirmation letter is attached hereto as Exhibit 5 (A01341).[1]

3. I am thoroughly familiar with the method and practice that SAMBA uses and has used to obtain execution and delivery of security documents in connection with the grant of a credit facility, including those documents described in paragraph 2 above. As such, I submit this Declaration to clarify any misperceptions concerning the dates of the above-referenced documentation, and specifically, the fact that the date of the Specific Payment Instruction Letter and Acknowledgement of Assignment pre-date the Assignment of Contract Proceeds.

4. This dating is based on the fact that SAMBA lending officers routinely advise prospective borrowers, such as BS&W, of the security arrangements that SAMBA requires to be in place prior to the Bank's grant of a requested credit facility.

5. With respect to the credit facility granted to BS&W, SAMBA required two forms of security — guaranties of the two owners of BS&W and an acknowledged assignment of the

---

[1] All documents cited herein are included in SAMBA's Revised Record Appendix at the cited appendix pages.

- 3 -

proceeds of the construction contract between BS&W and Saudi Aramco, Contract No. 65004/00 (In-Kingdom Contract).

6.  In its dealings with banks, including SAMBA, in and around 1994-1995, Saudi Aramco required any instructions concerning the routing of payments under assigned contracts to be in place prior to the issuance of the first invoice under a given contract. Accordingly, SAMBA took the necessary actions to make certain that Saudi Aramco had specific instructions regarding the payment of invoices related to the In-Kingdom Contract to SAMBA even before BS&W executed the Assignment.

7.  Once Saudi Aramco's acknowledgement of the Assignment was in place, BS&W formally assigned the legal rights over the funds by executing the Assignment in SAMBA's favor.

8.  As evidenced by a letter dated June 2, 2002, from Saudi Aramco to SAMBA, the Assignment and the authorization contained in the Specific Payment Instruction Letter are irrevocable and continue to be in full force and effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2007.

/s/ Sheheryar Ali
Sheheryar Ali

# EXHIBIT 1




# Saudi American Bank

## ASSIGNMENT OF CONTRACT PROCEEDS

By **BUGSHAN S&W COMPANY LIMITED**
(the Assignor) to Saudi American Bank (the Bank).

In consideration of the Bank having granted credit facilities to the Assignor in connection with the following described contract (the Contract):

Project Name: Ras-Tanura Refinery Upgrade Package # 2 - Utilities
Reference No: Contract No. 65004/00.
Owner: Saudi Aramco
Description: In-Kingdom Construction and Procurement Services

The Assignor hereby assigns to the Bank all proceeds of the Contract (Proceeds), which shall include proceeds of claims arising out of the Contract and proceeds of all bonds and insurances effected in connection with the Contract. Such proceeds shall be security for all obligations of the Assignor to the Bank and may be applied by the Bank in satisfaction of all such obligations whether incurred in connection with the Contract or otherwise.

The Assignor hereby further agrees that:

(1) The Assignor shall immediately notify all payors under the Contract of this assignment in such form as may be required by payor, or, if no specific form is required, by letter in substantially the following form:

" Re: (Contract)

Dear Sirs:

We hereby advise you that we have executed an assignment of proceeds of (the Contract) in favour of Saudi American Bank. All proceeds of the Contract due to us should therefore be paid directly to Account No.

Saudi American Bank,
Branch: Al-Khobar (Fluor Branch)
P.O. Box: 842, Al-Khobar

SHAW000092

2

Saudi Arabia. This authorization shall remain in effect unless and until you receive written revocation signed by Saudi American Bank.

Please acknowledge receipt of this notice and your agreement and consent to the assignment by executing the enclosed copy of this letter and returning it directly to Saudi American Bank at the above address, Attention:

(2) The Assignor will not agree to any material modification of the Contract or waive or release any substantial rights thereunder, or make any other assignment of the Contract or any part thereof without the prior written consent of the Bank.

(3) The Bank may establish a collateral account for the Assignor and deposit Proceeds in such account. Amounts so deposited shall be released to the Assignor so long as no event of default exists under any credit agreement with the Bank and the Bank has not demanded payment of, or cash collateral for, any facilities extended to the Assignor.

(4) The Assignor represents and warrants that the Contract is valid and enforceable, that there have been no prior assignments of proceeds, that it is not in default under the Contract and has received no notice of dispute in connection with the Contract. The Assignor further represents and warrants that it has all required corporate authority to assign the Contract and that government approvals of this Assignment (other than the approval requested under paragraph 1 hereof) are not required or have been obtained.

(5) Nothing herein shall obligate the Bank to perform the Contract or to assume any responsibility with respect to the Contract.

(5) The Assignor appoints the Bank as its attorney to give receipts for Proceeds, endorse checks and other instruments representing Proceeds, and file claims, institute proceedings or take such other action concerning Proceeds as the Bank may consider necessary or desirable to protect its rights under this Assignment, provided that the Bank shall have no obligation to take any such action and shall not be liable for any action taken in good faith.

SHAW000093

3

Signed this
day _____ 22nd _____
of _____ January _____
_____ 1995 _____
at _____ Al-Khobar _____
Saudi Arabia

ASSIGNOR

Company Name _____ BUGSHAN S&W COMPANY LIMITED _____
Signature _____
Name _____ MALCOLM M. WRIGHT _____
Title _____ GENERAL MANAGER _____

WITNESSED BY:

Signature _____
Name _____ Mohamoud Hashi Ahmed _____
Address _____ P.O. BOX 4639 Dammam _____
Identity Card _____ 2018293 /7/ Dammam _____
(Number & City of Issue)

WITNESSED BY:

Signature _____
Name _____
Address _____
Identity Card _____
(Number & City of Issue)

٣

ا̄لي توقيعه في هنا
اليوم: _____
الشهر: _____
عام ١٩      م
السنة: _____
المملكة العربية السعودية

المحيل:

الشركة: _____
التوقيع: _____
الاسم: _____
الوظيفة: _____

شاهد:

الاسم: _____
العنوان: _____
التوقيع: _____
رقم البطاقة: _____
(رقمها ومكان الاصدار):

شاهد:

الاسم: _____
التوقيع: _____
العنوان: _____
رقم البطاقة: _____
(رقمها ومكان الاصدار):

SHAW000094

# EXHIBIT 2



**...an S & W Company Limited**
SR 7 Million (Fully Paid)
...ch C.R. 1010038670 Dammam Branch C.R. 1010039570/001
P.O. Box 4629, Dammam 31412
Saudi Arabia

C 66919

Dammam – September 21, 1994

Specific Payment Instruction Letter

Saudi Arabian Oil Company
(Saudi Aramco)
Treasurer's Operations Department
Banking Credit & Collection Division
Room T-475
Dhahran 31311
Saudi Arabia

Gentlemen:

This letter requests and authorizes you to pay Saudi American Bank, Fluor Branch, P.O. Box 842, Al-Khobar 31952, Saudi Arabia for credit to our account any and all compensation due from you under Contract No. 65004, as it may be changed from time to time.

We shall mark all our invoices presented to you Pay to Saudi American Bank, Fluor Branch, P.O. Box 842, Al-Khobar 31952, Saudi Arabia for account of "Bugshan S&W Company Limited". Payments hereunder shall only be made against invoices submitted by us and not otherwise.

This request and authorization shall not be revocable by us, shall be effective on the date it is acknowledged by you, and shall continue in effect until final settlement of the above referenced agreement, including payment of any retention. However, you shall have the right to revoke this request and authorization if you are directed to do so by any Government agency. Additionally, if

Specific Payment Instruction Letter
Page 2

                                                تعليمات الدفع الخاص
                                                صفحة رقم ٢

conflicting claims are asserted to payments to be made under this request and authorization, you shall have the right to suspend such payments until a final settlement or a final order by a competent authority specifies how the payments involved are to be despersed.

We hereby release you from any claims by us, and indemnify and hold you harmless from any claims by third parties and from any costs or losses you may incur, in connection with making payments pursuant to this request and authorization.

By my signature below, I represent that I am duly authorized by my company to make this request and authorization.

Very truly yours,

Bugshan S&W Company Limited

M. [illegible]
General Manager




# EXHIBIT 3

Saudi Aramco 7377 (5/89)

## ACKNOWLEDGEMENT OF ASSIGNMENT

اقرار باستلام حوالة

**SAUDI ARABIAN OIL COMPANY (Saudi Aramco)**
**TREASURER'S OPERATIONS DEPARTMENT**
Dhahran, Saudi Arabia

شركة الزيت العربية السعودية (ارامكو السعودية)
ادارة اعمال الخزينة
الظهران — المملكة العربية السعودية

PI — 0115/94

M/S BUGSHAN S & W COMPANY LIMITED
Gentlemen:

We hereby acknowledge receipt of your payment assignment letter as per copy attached and will comply with its terms and conditions. All invoices relating to this assignment must be marked for payment exactly as specified in the attached letter.

Yours very truly,

_____
Treasurer

NOVEMBER 13, 1994
Date

Attachment(s): YOUR LETTER DATED SEPTEMBER 21, 1994

cc: SAUDI AMERICAN BANK FLOOR 5R, P.O.BOX 842, AL-KHOBAR
(bank or supplier)

**EXHIBIT 4**

P.O. Box 833
Riyadh 11421
Kingdom of Saudi Arabia
Tel +966-1-477 4770
Telex 400195 SAMBA SJ



Saturday, 11 May 2002

Saudi Arabian Oil Company ("Saudi Aramco")
Treasurer's Operations Department
Banking, Credit & Collection Division
T-475
Dhahran 31311 Saudi Arabia

    Re:  Bugshan Stone & Webster Company Limited ("BS&W"):
         Assignment of Contract Proceeds for the Ras Tanura Refinery
         Up-Grade Package # 2 - Utilities, Contract No. 65004

Dear Sirs:

    Bugshan Stone & Webster Company, Ltd ("BS&W") is indebted to Saudi American Bank ("SAMBA") for an amount in excess of US$7,000,000. To secure all of its obligations to SAMBA, BS&W assigned to SAMBA, among other things, its rights to all payments to be made by Saudi Arabian Oil Company ("Saudi Aramco") to BS&W from time to time under or in connection with the Ras Tanura Refinery Up-Grade Package #2 – Utilities, Contract No. 65004 (the "Project Contract"), including proceeds of claims arising out of the Project Contract.

    We write to remind Saudi Aramco that BS&W, by letter dated September 21, 1994 (the "Specific Payment Instruction Letter"), a copy of which is attached, requested and authorized Saudi Aramco to make all payments under the Project Contract to SAMBA at our address, P.O. Box 842, Al-Khobar 31952, Saudi Arabia.

    Saudi Aramco acknowledged the assignment and agreed to comply with the Specific Payment Instruction Letter in an Acknowledgment of Assignment dated November 13, 1994, PI-0115/94 (the "Acknowledgment"), a copy of which is enclosed for your convenience.

    The Assignment of Contract Proceeds executed by BS&W continues in full force and effect. The Specific Payment Instruction Letter expressly states that the Assignment and Authorization referred to therein are not revocable by BS&W and continue in effect until final settlement of the Project Contract.

    Because BS&W continues to be indebted to SAMBA, we request and direct Saudi Aramco to continue to pay any proceeds (whether progress payments, retention payments, or in settlement of claims or otherwise) directly to SAMBA. We understand that claims under or relating to the Project Contract have been, or may be, made upon Saudi Aramco.

    Thanking you for your kind attention to this matter, we remain,

                               Very truly yours

                               Mohammad Masood
                               Assistant General Manager
                               The Saudi American Bank

# EXHIBIT 5

SAUDI ARABIAN OIL COMPANY
(SAUDI ARAMCO)
Treasurer's Operations Department, Banking Operations Division
Dhahran, Room, T-485 ☎ 875-5623, 📠 875-0800

June 2, 2002

SAMAB-000/2002

Mr. Mohammad Masood
Assistant General Manager
Saudi American Bank
Riyadh, 11421
Saudi Arabia

> Bugshan Stone & Webster Company Limited ("BS&W"): Assignment of Contract Proceeds for the Ras Tnaura Refinery Up-Grade Package # 2 — Utilities, Contract No. 65004

Dear Sir,

Reference is made to your letter dated May 11, 2002; concerning the above subject. We would like to confirm that the assignment and authorization contained in the subject Specific Payment Instruction Letter are irrevocable and continue to be in full force and effect.

Accept our kind regards,

Truly yours,

S. A. Al-Dossary, Administrator

YAM/

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INCORPORATED | ) | Case No. 00-02142-PJW |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors | ) | |
| | ) | |
| STONE & WEBSTER, INCORPORATED, | ) | |
| and STONE & WEBSTER ENGINEERING | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Plaintiffs | ) | Civ. No. 06-399 (SLR) |
| | ) | |
| -against- | ) | |
| | ) | |
| SAUDI ARABIAN OIL COMPANY | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| SAUDI AMERICAN BANK | ) | |
| | ) | |
| Appellant/ Movant for Intervention | ) | |

**CERTIFICATE OF SERVICE**

　　　　I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing documents was made on March 23, 2007 upon:

**Via Hand Delivery and Electronic Mail**
Adam G. Landis, Esquire
Kerri K Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

Document #: 59370

Dennis Anthony Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360
Email: melorod@gtlaw.com


**Via US MAIL and Electronic Mail**
Lorraine S. McGowen, Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

James Houpt, Esquire
Orrick Herrington & Sutcliffe LLP
400 Capital Mall, Ste. 3000
Sacramento, CA 95814

      Under penalty of perjury, I declare that the foregoing is true and correct.


March 23, 2007_____      ___/s/Heidi E. Sasso_____
Date                                          Heidi E. Sasso