IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>    et al.,<br><br>                        Debtors | Chapter 11<br>Bk. No. 00-02142 (PJW)<br>Jointly Administered |
| SAUDI AMERICAN BANK<br><br>                        Appellant,<br>            v.<br><br>SAUDI ARABIAN OIL COMPANY,<br>STONE & WEBSTER, INC., STONE &<br>WEBSTER ENGINEERING CORP. and<br>SWE&C LIQUIDATING TRUSTEE,<br><br>                        Appellees. | Civil No.  06-399-SLR |

## REQUEST FOR ORAL ARGUMENT OF APPELLANT SAUDI AMERICAN BANK

Appellant, Saudi American Bank ("**Appellant**"), by and through its undersigned counsel, hereby requests oral argument in connection with the above-referenced appeal.  Appellant believes oral argument will be helpful to the Court in its consideration of this matter and that oral argument is appropriate under Rule 8012 of the Federal Rules of Bankruptcy Procedure and Rule 7.1.4 of the Local Rules for the United States District Court for the District of Delaware.

Dated:  March 23, 2007    Respectfully submitted,
SAUDI AMERICAN BANK,
By its attorneys,

   /s/Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8163

Of Counsel:
Daniel E. Rosenfeld
John C. Hutchins
Amy B. Abbott
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INCORPORATED | ) | Case No. 00-02142-PJW |
|   et al., | ) | Jointly Administered |
| | ) | |
|                 Debtors | ) | |
| | ) | |
| STONE & WEBSTER, INCORPORATED, | ) | |
|   and STONE & WEBSTER ENGINEERING | ) | |
|   CORPORATION, et al., | ) | |
| | ) | |
|                 Plaintiffs | ) | Civ. No. 06-399 (SLR) |
| | ) | |
|                 -against- | ) | |
| | ) | |
| SAUDI ARABIAN OIL COMPANY | ) | |
| | ) | |
|                 Defendant | ) | |
| | ) | |
| SAUDI AMERICAN BANK | ) | |
| | ) | |
|     Appellant/ Movant for Intervention | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

      I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing documents was made on March 23, 2007 upon:

**Via Hand Delivery and Electronic Mail**
Adam G. Landis, Esquire
Kerri K Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

Document #: 59370

Dennis Anthony Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360
Email: melorod@gtlaw.com


**Via US MAIL and Electronic Mail**
Lorraine S. McGowen, Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

James Houpt, Esquire
Orrick Herrington & Sutcliffe LLP
400 Capital Mall, Ste. 3000
Sacramento, CA 95814

      Under penalty of perjury, I declare that the foregoing is true and correct.


March 23, 2007_____        ___/s/Heidi E. Sasso_____
Date                               Heidi E. Sasso