IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>STONE & WEBSTER, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-2142 (PJW)<br>(Jointly Administered) |
| SAUDI AMERICAN BANK,<br><br>Appellant,<br><br>v.<br><br>SAUDI ARABIAN OIL COMPANY, STONE & WEBSTER, INC., STONE & WEBSTER ENGINEERING CORP., and SWE&C LIQUIDATING TRUSTEE,<br><br>Appellees. | Civ. No. 06-399-SLR<br><br>Ref. No. 12 |

**MOTION TO STRIKE THE DECLARATION OF SHEHERYAR ALI
IN SUPPORT OF SAUDI AMERICAN BANK'S REPLY BRIEF**

For the reasons set forth in the memorandum of law filed concurrently herewith, the SWE&C Liquidating Trustee, on behalf of the SWE&C Liquidating Trust ("Trust"), as successor-in-interest to plaintiff Stone & Webster Engineering Corporation respectfully requests that the Court strike the Declaration of Sheheryar Ali in Support of Saudi American Bank's Reply Brief in Support of its Appeal of Bankruptcy Court's Denial of Saudi American Bank's Motion to Intervene, March 23, 2007 ("Declaration") and disregard Saudi American Bank's arguments in reliance thereon.

429.001-16154

WHEREFORE, the Trust respectfully requests that the Court enter an order striking the Declaration.

Dated: April 10, 2007
       Wilmington, Delaware

LANDIS RATH & COBB LLP

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Lorraine S. McGowen
Alyssa Englund
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

- and -

James E. Houpt
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Counsel to the SWE&C Liquidating Trust

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>STONE & WEBSTER, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-2142 (PJW)<br>(Jointly Administered) |
| SAUDI AMERICAN BANK,<br><br>Appellant,<br><br>v.<br><br>SAUDI ARABIAN OIL COMPANY, STONE & WEBSTER, INC., STONE & WEBSTER ENGINEERING CORP., and SWE&C LIQUIDATING TRUSTEE,<br><br>Appellees. | Civ. No. 06-399-SLR<br><br>Ref. No. _____ |

**ORDER GRANTING THE SWE&C LIQUIDATING TRUSTEE'S
MOTION TO STRIKE THE DECLARATION OF SHEHERYAR ALI IN SUPPORT OF
SAUDI AMERICAN BANK'S REPLY BRIEF**

Upon consideration of the SWE&C Liquidating Trustee's Motion to Strike the Declaration of Sheheryar Ali in Support of Saudi American Bank's Reply Brief (the "Motion to Strike") and the Memorandum of the SWE&C Liquidating Trustee in Support of its Motion for Motion to Strike the Declaration of Sheheryar Ali in Support of Saudi American Bank's Reply Brief; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion to Strike is GRANTED.

Dated: Wilmington, Delaware
_____, 2007

_____
The Honorable Sue L. Robinson
Chief United States District Court Judge

## CERTIFICATE OF SERVICE

I, Kerri K. Mumford, hereby certify that on this 10th day of April 2007, I caused a true and correct copy of the *Motion to Strike the Declaration of Sheheryar Ali in Support of Saudi American Bank's Reply Brief* to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Adam G. Landis (landis@lrclaw.com)
Kerri King Mumford (mumford@lrclaw.com)
Francis A. Monaco, Jr. (fmonaco@monlaw.com)
Kevin J. Mangan (kmangan@monlaw.com)
Dennis A. Meloro (melorod@gtlaw.com)

I further certify that I have served the parties listed on the service list below in the manner indicated:

*First Class Mail*
John C. Hutchins, Esquire
Daniel E. Rosenfeld, Esquire
Amy B. Abbott, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Center
Boston, MA  02111

*First Class Mail*
Lorraine S. McGowen, Esquire
Alyssa Englund, Esquire
Orrick, Herrington & Sutcliff LLP
666 Fifth Avenue
New York, NY  10103-0002

*First Class Mail*
James E. Houpt, Esquire
Lynn Trinka Ernce, Esquire
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814

Kerri K. Mumford (No. 4186)

429.001-16154