IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED et al.,<br><br>                Debtors | Chapter 11<br>Bk. No. 00-02142 (PJW)<br>Jointly Administered |
| SAUDI AMERICAN BANK<br><br>                Appellant,<br>v.<br><br>SAUDI ARABIAN OIL COMPANY, STONE & WEBSTER, INC., STONE & WEBSTER ENGINEERING CORP. and SWE&C LIQUIDATING TRUSTEE,<br><br>                Appellees. | Civil No. 06-399-SLR |

## SAUDI AMERICAN BANK'S MOTION FOR STAY PENDING APPEAL

Pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure and Rule 62 of the Federal Rules of Civil Procedure, Defendant Saudi American Bank ("SAMBA") respectfully moves this Court for an order staying Adversary Proceeding No. 02-03963-PJW during the pendency of SAMBA's appeal of the Bankruptcy Court's denial of its Motion to Intervene. As grounds for this Motion and filed herewith is SAMBA's Opening Brief in Support of its Motion for Stay Pending Appeal.

WHEREFORE, SAMBA respectfully requests that this Court (i) stay Adversary Proceeding No. 02-03963-PJW pending final appellate review of the Bankruptcy Court's May 1,

61609

2006 Order denying SAMBA's Motion to Intervene; and (ii) grant SAMBA such other and further relief as is just and proper.

          Respectfully submitted,
          SAUDI AMERICAN BANK,
          By its attorneys,

          Francis A. Monaco, Jr. (#2078)
          Kevin Mangan (#3810)
          Monzack & Monaco, P.A.
          1201 N. Orange Street, Suite 400
          Wilmington, DE 19801
          (302) 656-8163

          Of Counsel:
          Daniel E. Rosenfeld
          John C. Hutchins
          Amy B. Abbott
          Kirkpatrick & Lockhart Preston Gates Ellis LLP
          State Street Financial Center
          One Lincoln Street
          Boston, MA 02111
          (617) 261-3100

Dated: May 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bk. No. 00-02142 (PJW) |
| STONE & WEBSTER, INCORPORATED <u>et</u> <u>al</u>., | ) | Jointly Administered |
| | ) | |
| Debtors | ) | |
| | ) | |
| SAUDI AMERICAN BANK | ) | Civil No. 06-399-SLR |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| SAUDI ARABIAN OIL COMPANY, STONE & WEBSTER, INC., STONE & WEBSTER ENGINEERING CORP. and SWE&C LIQUIDATING TRUSTEE, | ) | |
| | ) | |
| Appellees. | ) | |

**CERTIFICATE OF SERVICE**

   I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing documents was made on **May 9, 2007** upon:

**Via Hand Delivery and Electronic Mail**
Adam G. Landis, Esquire
Kerri K Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

Document #: 61612

Dennis Anthony Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360
Email: melorod@gtlaw.com

**Via US MAIL and Electronic Mail**
Lorraine S. McGowen, Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

James Houpt, Esquire
Orrick Herrington & Sutcliffe LLP
400 Capital Mall, Ste. 3000
Sacramento, CA 95814

      Under penalty of perjury, I declare that the foregoing is true and correct.


May 9, 2007_____            __/s/ Heidi E. Sasso_____
Date                                                      Heidi E. Sasso