IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-2142 (PJW)<br><br>Jointly Administered |
| SAUDI AMERICAN BANK<br><br>Appellant,<br><br>- against –<br><br>SAUDI ARABIAN OIL COMPANY, STONE & WEBSTER, INCORPORATED, STONE & WEBSTER ENGINEERING CORP. and SWE&C LIQUIDATING TRUSTEE,<br><br>Respondent. | Civil No. 06-399-SLR |

**DECLARATION OF JAMES E. HOUPT IN OPPOSITION TO
SAUDI AMERICAN BANK'S MOTION FOR STAY PENDING APPEAL**

I, James E. Houpt, declare as follows:

1. I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to the SWE&C Liquidating Trustee ("SWE&C Trustee") and the SWE&C Liquidating Trust ("SWE&C Trust") in the above-referenced cases. I am licensed to practice law before the courts of Virginia, Maryland, the District of Columbia, and California, the United States Courts of Appeal for the Fourth and Ninth Circuits, and in several United States District Courts. I submit this declaration in opposition to Saudi American Bank's Motion For Stay Pending Appeal.

2. On or about June 7, 2004, the Honorable Peter J. Walsh of the United States Bankruptcy Court for the District of Delaware ordered the parties to Adversary Proceeding No.

02-3963, SWE&C Trust versus Saudi Arabian Oil Company ("Aramco") ("Adversary Proceeding"), to participate in mediation in an effort to resolve the matter. Although Saudi American Bank ("SAMBA") was not a party to the Adversary Proceeding, I agreed at a hearing before Judge Walsh that SAMBA could participate in mediation in the hopes of reaching a universal settlement among all parties claiming an interest in the matter.

3. During formal mediation sessions with former United States Bankruptcy Judge Frank Conrad acting as mediator, it became apparent to me that universal settlement among all of the parties would be impossible largely because of unreasonable and intractable positions taken by SAMBANonetheless, Aramco and the SWE&C Trustee and their respective counsel determined t continue to negotiate a potential resolution of the Adversary Proceeding as between Aramco and the SWE&C Trustee, which negotiations did not need to include SAMBA or in its counsel in order to be binding upon Aramco and the SWE&C Trustee.

4. As a result of further negotiation, Aramco and the SWE&C Trustee have reached a tentative settlement of the Adversary Proceeding. These negotiations were quite difficult in that the Parties needed to resolve numerous issues relating to the settlement, such as tax issues and third-party claims, and the resulting proposed settlement is a complicated, multi-party transaction. Although I believe that the parties have reached a general agreement, issues still remain to be resolved, and I do not believe that any Party to the settlement is yet bound by its terms. Therefore, the settlement remains vulnerable.

5. I do not have authorization to release economic terms of the settlement, and I believe that the ongoing negotiations are confidential and subject to the protections of Rule 408 of the Federal Rules of Evidence. Nevertheless, I believe it is safe and prudent to disclose that any settlement is contingent on the SWE&C Trust dismissing the Adversary Proceeding. Therefore, any order that would prevent the dismissal would necessarily frustrate our efforts to

Executed on May 23, 2007. I declare under penalty of perjury that the foregoing is true and correct.

_____
James E. Houpt

## CERTIFICATE OF SERVICE

I, Kerri K. Mumford, hereby certify that on this 23rd day of May 2007, I caused a true and correct copy of the *Declaration of James E. Houpt in Opposition to Saudi American Bank's Motion for Stay Pending Appeal* to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Adam G. Landis (landis@lrclaw.com)
>Kerri King Mumford (mumford@lrclaw.com)
>Francis A. Monaco, Jr. (fmonaco@monlaw.com)
>Kevin J. Mangan (kmangan@monlaw.com)
>Dennis A. Meloro (melorod@gtlaw.com)

I further certify that I have served the parties listed on the service list below in the manner indicated:

*First Class Mail*
John C. Hutchins, Esquire
Daniel E. Rosenfeld, Esquire
Amy B. Abbott, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Center
Boston, MA  02111

*First Class Mail*
Lorraine S. McGowen, Esquire
Alyssa Englund, Esquire
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0002

*First Class Mail*
James E. Houpt, Esquire
Lynn Trinka Ernce, Esquire
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814

/s/ Kerri K. Mumford
Kerri K. Mumford (No. 4186)

429.001-16762.DOC