IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>et al.,<br><br>          Debtors | Chapter 11<br>Bk. No. 00-02142 (PJW)<br>Jointly Administered |
| SAUDI AMERICAN BANK<br><br>          Appellant,<br>          v.<br><br>SAUDI ARABIAN OIL COMPANY,<br>STONE & WEBSTER, INC., STONE &<br>WEBSTER ENGINEERING CORP. and<br>SWE&C LIQUIDATING TRUSTEE,<br><br>          Appellees. | Civil No. 06-399-SLR |

### SAUDI AMERICAN BANK'S MOTION FOR REHEARING AND STAY

Pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure and Rule 62(g) of the Federal Rules of Civil Procedure, Defendant Saudi American Bank ("SAMBA") respectfully moves this Court for reconsideration and rehearing on its appeal of the Bankruptcy Court's denial of SAMBA's Motion to Intervene in Adversary Proceeding No. 02-03963-PJW and for a stay of Adversary Proceeding No. 02-03963-PJW until the Court rules on the present Motion. As grounds for this Motion and filed herewith is SAMBA's Opening Brief in Support of its Motion for Rehearing and Stay.

WHEREFORE, SAMBA respectfully requests that this Court (i) reconsider its August 29, 2007 Order denying SAMBA's appeal; (ii) grant SAMBA a rehearing on its appeal of

BOS-1119039 v2
WCSR 3733623v1

Dkt. No. _____
Dt. Filed  9/13/07

Adversary Proceeding No. 02-03963-PJW; (iii) stay Adversary Proceeding No. 02-03963-PJW pending this Court's resolution of the present Motion; (iv) reverse the Bankruptcy Court's Order and withdraw the reference with respect to Adversary Proceeding No. 02-03963-PJW, or, in the alternative, reassign the case to a different judge upon remand; and (v) grant SAMBA such other and further relief as is just and proper.

        Respectfully submitted,
        SAUDI AMERICAN BANK,
        By its attorneys,

        /s/ Kevin Mangan
        Francis A. Monaco, Jr. (#2078)
        Kevin Mangan (#3810)
        Womble Carlyle Sandridge & Rice PLLC
        222 Delaware Avenue
        15th Floor
        Wilmington, DE 19801
        (302) 252-4361

        Of Counsel:
        Daniel E. Rosenfeld
        John C. Hutchins
        Amy B. Abbott
        Kirkpatrick & Lockhart Preston Gates Ellis LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        (617) 261-3100

Dated: September 13, 2007

WCSR 3733623v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>STONE & WEBSTER, INCORPORATED<br>et al.,<br><br>      Debtors | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Bk. No. 00-02142 (PJW)<br>Jointly Administered |
| SAUDI AMERICAN BANK<br><br>      Appellant,<br>v.<br><br>SAUDI ARABIAN OIL COMPANY,<br>STONE & WEBSTER, INC., STONE &<br>WEBSTER ENGINEERING CORP. and<br>SWE&C LIQUIDATING TRUSTEE,<br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 06-399-SLR |

## ORDER

The Court having considered Saudi American Bank's Motion for Rehearing and Stay ("Motion for Rehearing") and Saudi American Bank's Opening Brief in Support of its Motion for Rehearing and Stay finds that the Motion for Rehearing has merit and should be GRANTED.

IT IS THEREFORE ORDERED this ___ day of _____ 2007 that (i) Adversary Proceeding No. 02-03963-PJW is stayed pending appeal; (ii) the Bankruptcy Court's May 1, 2006 Order denying SAMBA's Motion to Intervene in Adversary Proceeding No. 02-03963-

BOS-1122190 v1

- 2 -

PJW is reversed; and (iii) the reference with respect to Adversary Proceeding No. 02-03963-PJW is withdrawn, or, in the alternative, reassigned to _____ upon remand.

Dated: Wilmington, Delaware
_____, 2007

_____
The Honorable Sue L. Robinson
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bk. No. 00-02142 (PJW) |
| STONE & WEBSTER, INCORPORATED | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| SAUDI AMERICAN BANK | ) | Civil No.  06-399-SLR |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| SAUDI ARABIAN OIL COMPANY, | ) | |
| STONE & WEBSTER, INC., STONE & | ) | |
| WEBSTER ENGINEERING CORP. and | ) | |
| SWE&C LIQUIDATING TRUSTEE, | ) | |
| | ) | |
| Appellees. | ) | |

**CERTIFICATE OF SERVICE**

     I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing documents was made on September 13, 2007 upon:

**Via Hand Delivery and Electronic Mail**
Adam Landis, Esq.
Kerri Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Ste. 600
Wilmington DE 19801

Dennis Meloro, Esq.
Greenberg Traurig LLP
The Nemours Building
1007 N. Orange Street, Ste. 1200
Wilmington, De 19801

WCSR 3733647v1

**Via US Mail and Electronic Mail**
Lorrain McGowen, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

James Houpt, Esq.
Orrick Herrington & Sutcliffe LLP
400 Capital Mall, Ste. 3000
Sacramento, CA 95814

      Under penalty of perjury, I declare that the foregoing is true and correct.

_9/13/2007_____                    ___/s/ Heidi E Sasso_____
Date                                Heidi E. Sasso

WCSR 3733647v1