**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>NO. 07-3891</u>

In Re: Stone Webster vs.

District Court No. 06-cv-00399

O R D E R

    It appearing that timely post-decision motions of a type specified by Rule 6(b)(2)(A) Fed. R. App. P., are pending in the the district court, it is hereby  O R D E R E D  that the above-entitled appeal is stayed pending disposition of the motions. The parties are directed to file written reports addressing the status of the pending motions on **11/1/07** and every thirty (30) days thereafter until the motions are determined.

    This stay does not apply to the obligation to pay filing and docketing fees. These obligations must be fulfilled within the time specified by the Federal Rules of Appellate Procedure and Third Circuit Local Appellate Rules.

For the Court,

/s/ MARCIA M. WALDRON, Clerk

Date: 10/2/2007

cc:    Francis A. Monaco Jr., Esq.
        Kevin J. Mangan, Esq.
        Daniel E. Rosenfeld, Esq.
        Amy B. Abbott, Esq.
        John C. Hutchins, Esq.
        Kerri K. Mumford, Esq.
        Adam G. Landis, Esq.
        Dennis A. Meloro, Esq.
        Lorrain McGowen, Esq.
        James Houpt, Esq.
        Honorable Sue L. Robinson [Information Only]
        Mr. Peter T. Dalleo [Information Only]