# TRANSCRIPT PURCHASE ORDER

**District Court:** District of Delaware

**Court of Appeals Docket No.:** 07-3891
**District Court Docket No.:** 06-399

**Short Case Title:** In re: Saudi American Bank v. Stone & Webster

**Date Notice of Appeal Filed by Clerk of District Court:** 9-28-07

---

**PART I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:

TRANSCRIPT:
- [x] None
- [ ] Unnecessary for appeal purposes.
- [ ] Already on file in the D.C. Clerk's office.
- [ ] This is to order a transcript of the proceedings heard on the date listed below from _____ (Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in trial transcripts.

Voir dire ☐ ;   Opening statement of plaintiff ☐   defendant ☐
Closing argument of plaintiff ☐     defendant ☐
Jury instructions ☐     Sentencing Hearings ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Criminal Justice Act (Attach copy of CJA form 24)
- [ ] Motion for transcript has been submitted to DC Judge
- [ ] Private Funds

**Signature:** [signed]     **Date:** 10/2/07
**Print Name:** Kevin J. Mangan     **Counsel for:** Appellant
**Address:** 222 Delaware Ave., 15th Floor, Wilmington DE 19808     **Telephone:** 302 252 4361

---

**PART II.  COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

_____     _____     _____
Date     Signature of Court Reporter     Telephone

---

**PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages     _____ Actual Number of Volumes

_____     _____
Date     Signature of Court Reporter

3CA (12/93)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bk. No. 00-02142 (PJW) |
| STONE & WEBSTER, INCORPORATED | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| SAUDI AMERICAN BANK | ) | Civil No.  06-399-SLR |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| SAUDI ARABIAN OIL COMPANY, | ) | |
| STONE & WEBSTER, INC., STONE & | ) | |
| WEBSTER ENGINEERING CORP. and | ) | |
| SWE&C LIQUIDATING TRUSTEE, | ) | |
| | ) | |
| Appellees. | ) | |

**CERTIFICATE OF SERVICE**

  I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing documents was made on October 8, 2007 upon:

**Via Electronic Mail**
Adam Landis, Esq.
Kerri Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Ste. 600
Wilmington DE 19801

Dennis Meloro, Esq.
Greenberg Traurig LLP
The Nemours Building
1007 N. Orange Street, Ste. 1200
Wilmington, De 19801

WCSR 3733647v1

Lorrain McGowen, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

James Houpt, Esq.
Orrick Herrington & Sutcliffe LLP
400 Capital Mall, Ste. 3000
Sacramento, CA 95814

      Under penalty of perjury, I declare that the foregoing is true and correct.

___10/8/2007_____          _/s/ Heidi E. Sasso_____
Date                        Heidi E. Sasso

WCSR 3733647v1