# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 600
P.O. BOX 2087
WILMINGTON, DELAWARE 19899

Adam G. Landis
Direct Dial: 302.467.4410
Email: landis@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

October 24, 2007

*Via Hand Delivery*

The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

    RE: *Stone & Webster, et al v. et al*
       *Civil Action No. 06-399 (SLR)*

Dear Judge Robinson:

  This firm is co-counsel to the SWE&C Liquidating Trust (the "Trust"), the appellee in the above-referenced appeal. On September 13, 2007, Saudi American Bank ("SAMBA") filed its Motion to Stay and for Rehearing [D.I. 25] (the "Motion") and opening brief in support thereof [D.I. 26] regarding this Court's August 29, 2007 Memorandum and Order [D.I. 24]. On September 27, 2007, the Trust filed its answering brief in opposition to the Motion [D.I. 27] (the "Answer"). On September 28, 2007, SAMBA filed its Notice of Appeal of the Memorandum and Order [D.I. 28] (the "Appeal"). On October 2, 2007, the Third Circuit entered an order staying the Appeal pending determination of the Motion.

  By the Trust's calculation, SAMBA's reply brief on the Motion was due on October 9, 2007. SAMBA has not filed a reply. The Trust therefore submits that SAMBA has waived its right to do so.

429.001-18273.DOC

In the interest of expediting the appellate process, the Trust respectfully requests that the Court consider the Motion and the Answer without awaiting further briefing.

Respectfully,

Adam G. Landis

AGL/lbl

cc: James E. Houpt, Esquire
Francis A. Monaco, Jr., Esquire
Kevin Mangan, Esquire
Daniel E. Rosenfeld, Esquire
John C. Hutchins, Esquire
Amy B. Abbott, Esquire

429.001-18273