IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE & WEBSTER, INC., et al., | ) | Bk. No. 00-2142(PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | Adv. No. 02-03963(PJW) |
| | ) | |
| SAUDI AMERICAN BANK, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-399-SLR |
| | ) | |
| SAUDI ARABIAN OIL COMPANY, | ) | |
| STONE & WEBSTER, INC., STONE | ) | |
| & WEBSTER ENGINEERING CORP., | ) | |
| and SWE&C LIQUIDATING TRUSTEE, | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

At Wilmington this 31st day of October, 2007, having reviewed Saudi American Bank's motion for rehearing and stay and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 25) is denied. The court's memorandum order has been appealed to the United States Court of Appeals for the Third Circuit. (D.I. 28) There is no basis for this court to either reconsider its decision or stay the proceedings.

_____
United States District Judge